**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01046-CV

### JIMMY CHARLES JOHNSON, Appellant

### V.

### DALLAS COUNTY ET AL, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-10-31998-C**

## ORDER

Before the Court is appellant's May 1, 2013 motion for a forty-five day extension of time to file his brief. We **GRANT** the motion **to the extent** that appellant shall file his brief on or before **Monday, June 10, 2013**. We caution appellant that if he fails to file his brief on or before June 10, 2013, the Court will dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1).

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE